Shellie Lott, SBN: 246202
LOTT LAW OFFICES, A Professional Law Corporation
5250 Claremont Avenue, Suite 241
Stockton, California 95207
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LORENE DE ANDA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:21-cv-01095-SKO<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND**<br><br>(Doc. 12) |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of March 24, 2022.

This extension (30 days) is requested because the brief writer is having some medical issues and will need additional time to review the transcript prior to filing the Motion for Summary Judgment.

DATED:  February 23, 2022         /s/ Shellie Lott
                                  SHELLIE LOTT
                                  Attorney for Plaintiff


DATED:  February 23, 2022         PHILLIP A. TALBERT
                                  Acting United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX

                                   /s/ Patrick Snyder
                                  PATRICK SNYDER,
                                  (As authorized via E-mail on 2/22/22)
                                  Special Assistant U S Attorney
                                  Attorneys for Defendant

## ORDER

Based upon the foregoing stipulation of the parties (Doc. 12), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including March 24, 2022, in which to file her motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **February 23, 2022**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE