PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (510) 970-4811
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LORENE DE ANDA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-01095-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**<br><br>**(Doc. 17)** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 14-day extension of time, from May 9, 2022 to May 23, 2022, for Defendant to respond to Plaintiff's Motion for Summary Judgment/Remand (Dkt. No. 14).

This is Defendant's first request for an extension of time. Good cause exists for this extension because Defendant's counsel is in the process of conferring with her client about settlement. The additional requested time will allow for continued settlement discussions, and if


1 | this matter can be settled, Defendant's counsel will need time to extend a settlement offer to
2 | Plaintiff.  If this matter cannot be settled, Defendant's counsel will then prepare a brief in
3 | response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as
4 | soon as possible.  This request is made in good faith and with no intention to unduly delay the
5 | proceedings, and counsel apologizes for any inconvenience.

      Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

                                              Respectfully submitted,

Dated:  May 3, 2022                  LOTT LAW OFFICES, PC

                                            */s/ Shellie Lott\**_____
                                            (\*as authorized via email on May 3, 2022)
                                            SHELLIE LOTT
                                            Attorney for Plaintiff

Dated:  May 3, 2022                  PHILLIP A. TALBERT
                                            United States Attorney
                                            PETER K. THOMPSON
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                By:     */s/ Allison J. Cheung*_____
                                            ALLISON J. CHEUNG
                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant

<u>ORDER</u>

Pursuant to the foregoing stipulation (Doc. 17), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including May 23, 2022, to file their response to Plaintiff's opening brief.  All other dates in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **May 5, 2022**               /s/ *Sheila K. Oberto*            
                                        UNITED STATES MAGISTRATE JUDGE