PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (510) 970-4811
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LORENE DE ANDA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-01095-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF;ORDER**<br><br>(Doc. 20) |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

Stip. to Voluntary Remand & Prop. Order; 1:21-cv-01095-SKO

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 11, 2022 | LOTT LAW OFFICES, P.C. |
|  | /s/ Shellie Lott*_____ <br> (*as authorized via email on May 11, 2022) <br> SHELLIE LOTT <br> Attorney for Plaintiff |
| Dated: May 11, 2022 | PHILLIP A. TALBERT <br> United States Attorney <br> PETER K. THOMPSON <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | /s/ Allison J. Cheung <br> ALLISON J. CHEUNG <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

Stip. to Voluntary Remand & Prop. Order; 1:21-cv-01095-SKO

2

ORDER

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand") (Doc. 20), and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Lorene De Anda and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **May 12, 2022**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

Stip. to Voluntary Remand & Prop. Order; 1:21-cv-01095-SKO

3