SHELLIE LOTT, SBN: 246202
Lott Law Offices, A Professional Law Corporation
5250 Claremont Avenue, Suite 241
Stockton, California 95207
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LORENE DE ANDA,<br><br>           Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security,<br><br>           Defendant | Case No.: 1:21-cv-01095-SKO<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**(Doc. 23)** |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of TWO-THOUSAND SIXTY-SIX dollars and SIXTY-THREE cents ($2,066.63).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under

Stipulation and Proposed Order for the Award of Attorney Fees
Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)
1:21-cv-01095-SKO                                                                                                                              Page 1

the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel (including Shellie Lott, Lott Law Offices, and Betsy Shepherd) may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff and/or Plaintiff's counsel (including Ms. Lott, Lott Law Offices, and Betsy Shepherd) to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  July 22, 2022            /s/ Shellie Lott
                                 SHELLIE LOTT
                                 Attorney for Plaintiff

                                 PHILLIP A. TALBERT
                                 Acting United States Attorney
                                 PETER K. THOMPSON
                                 Acting Regional Chief Counsel, Region IX

Date: July 22, 2022              /s/ Allison J. Cheung
                                 (As authorized via email on 7/21/22)
                                 ALLISON J. CHEUNG
                                 Special Assistant United States Attorney

SHELLIE LOTT, SBN: 246202
Lott Law Offices, A Professional Law Corporation
5250 Claremont Avenue, Suite 241
Stockton, California 95207
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LORENE DE ANDA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:21-cv-01095-SKO<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pursuant to the foregoing stipulation of the parties (Doc. 23), IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of TWO-THOUSAND SIXTY-SIX dollars and SIXTY-THREE cents ($2,066.63), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **July 22, 2022**           /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order for the Award of Attorney Fees
Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)
1:21-cv-01095-SKO                                                                                      Page 3